UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LEBLANC,<br><br>        Plaintiff,<br><br>    v.<br><br>ETHAN HARRIS, et al.,<br><br>        Defendants. | No. 2:16-cv-3012 CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and plaintiff has consented to have all matters in this case before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

Plaintiff requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Title 28 U.S.C. § 1915(g) reads:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

The court has reviewed relevant court records and has determined the following actions, all filed in the United States District Court for the Central District of California amount to "strikes" under 28 U.S.C. § 1915(g):

1

1. <u>LeBlanc v. Asuncion</u>, 2:16-cv-4280 JLS AFM: plaintiff denied permission to proceed in forma pauperis and case dismissed as frivolous on June 24, 2016.

2. <u>LeBlanc v. Asuncion</u>, 2:16-cv-4725 JLS AFM: plaintiff denied permission to proceed in forma pauperis and case dismissed on July 8, 2016 for, among other things, failure to state a claim upon which relief can be granted.

3. <u>LeBlanc v. Asuncion</u>, 2:16-cv-7434 JLS AFM: plaintiff denied permission to proceed in forma pauperis and case dismissed on October 12, 2016 for, among other things, failure to state a claim upon which relief can be granted.[1]

The claims presented by plaintiff in his complaint do not suggest "imminent danger of serious physical injury."

In light of these facts, plaintiff's motion to proceed in forma pauperis must be denied. Plaintiff will be granted 14 days within which to submit the $400 filing fee for this action. If plaintiff does not submit the filing fee within 14 days, this action will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied.

2. Plaintiff must pay the $400 filing fee for this action within 14 days. Failure to pay the filing fee within 14 days will result in dismissal.

Dated: April 10, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
lebl3012.3ks

---

[1] On December 22, 2016, in Central District Case <u>LeBlanc v. Asuncion</u>, 2:16-cv-7522 JLS AFM, plaintiff was found to have "struck out" under 28 U.S.C. § 1915(g) based upon the three cases identified above. Judgement is not yet final in that case.