UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LEBLANC, | No. 2:16-cv-3012 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ETHAN HARRIS, et al., | |
| Defendants. | |

On April 10, 2017, the court ordered that plaintiff pay the $400 filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: May 3, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lebl3012.dis

---

[1] Plaintiff has consented to have all matters in the case before a United States Magistrate Judge. See 28 U.S.C. § 636(c).